

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHIEF JUSTICE<br>  TERRIE LIVINGSTON | TIM CURRY CRIMINAL JUSTICE CENTER<br>401 W. BELKNAP, SUITE 9000<br>FORT WORTH, TEXAS 76196-0211 | CLERK<br>  DEBRA SPISAK |
| JUSTICES<br>  LEE ANN DAUPHINOT<br>  ANNE GARDNER | TEL: (817) 884-1900 | CHIEF STAFF ATTORNEY<br>  LISA M. WEST |
| SUE WALKER<br>  BILL MEIER<br>  LEE GABRIEL | FAX: (817) 884-1932 | GENERAL COUNSEL<br>  CLARISSA HODGES |
| BONNIE SUDDERTH | www.txcourts.gov/2ndcoa | |

November 2, 2015

Debra A. Windsor                        John W. Stickels
Assistant District Attorney             P.O. Box 121431
401 W. Belknap St.                      Arlington, TX 76012
Fort Worth, TX 76196-0201               * DELIVERED VIA E-MAIL *
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-15-00260-CR, 02-15-00261-CR
        Trial Court Case Number:   1378634R, 1379351R

Style:  Thomas Paul Tadsen
        v.
        The State of Texas

The reporter's record has been filed under the date of Monday, November 2, 2015 in the above referenced cause.

The appellant's brief is due **Wednesday, December 2, 2015**.  *See* Tex. R. App. P. 38.6.  You will be notified when the case is set for submission.

A party desiring oral argument must note that request on the outside cover of the party's brief.  *See* Tex. R. App. P. 39.7.  **If no oral argument is requested by either party, the case may be submitted on the briefs**.

**PLEASE BE ADVISED THAT THIS COURT HAS ADOPTED THE STANDARDS FOR APPELLATE CONDUCT, WHICH WERE ADOPTED AND PROMULGATED BY THE SUPREME COURT OF TEXAS AND THE TEXAS COURT OF CRIMINAL APPEALS ON FEBRUARY 1, 1999 BY MISCELLANEOUS DOCKET ORDER NO. 99-9012.**  Copies of the standards are available from this office and appear on the court's website at www.txcourts.gov/2ndcoa.  **Parties appearing before this court are expected to adhere to these standards and non-compliance will be addressed by the court accordingly.**

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Bonnie Alexander, Deputy Clerk

cc:      Court Reporter, 396th District Court
Tim Curry Criminal Justice Center
401 W. Belknap, 6th Floor
Fort Worth, TX 76196-0248